IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM BURGESS
ADC #127925                                                                    PLAINTIFF

v.                                    No. 1:15-cv-67-DPM-PSH

BRIAN SHERROD, Deputy, Sharp County Jail;
CODY BAILEY, Deputy, Sharp County Jail;
STAN HANNEY, Jail Administrator, Sharp County
Jail; and MARK COUNTS, Sheriff, Sharp County            DEFENDANTS

ORDER

On *de novo* review, the Court adopts the partial recommendation, № 61,

and overrules Burgess's objections, № 63. FED. R. CIV. P. 72(b)(3). The Clerk

should correct the docket: although styled as a motion, № 63 contains

Burgess's objections. Burgess's motion for summary judgment, № 57, is

denied without prejudice. The pending extension motions, № 59 & 60, are

denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_23 February 2016_