IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM BURGESS
ADC #127925                                                        PLAINTIFF

v.                    No. 1:15-cv-67-DPM-PSH

BRIAN SHERROD, Deputy, Sharp
County Jail; CODY BAILEY, Deputy,
Sharp County Jail; STAN HANNEY, Jail
Administrator, Sharp County Jail; and
MARK COUNTS, Sheriff, Sharp County           DEFENDANTS

ORDER

1. Unopposed recommendation, № 85, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Burgess's motion for summary judgment, № 69, is denied. Bailey, Counts, and Hanney's joint motion for summary judgment, № 70, is granted. All Burgess's claims against them are dismissed with prejudice. Defendant Sherrod's motion for summary judgment, № 74, is denied.

2. The Court will hold a bench trial on Burgess's remaining claim against Sherrod on 30 October 2017 at 9:30 a.m. A Final Scheduling Order will issue soon. The Court asks Magistrate Judge Harris to appoint counsel to represent Burgess.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 December 2016