# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WILLIAM BURGESS**  **PLAINTIFF**
**ADC #127925**

v.                              1:15-cv-67-DPM

**BRIAN SHERROD,**  **DEFENDANT**
**Deputy, Sharp County Jail**

## ORDER

The unopposed motion to continue the October 30th bench trial, № 92, is denied. This trial has been scheduled for many months. No sufficient reason has been provided for a continuance. In the circumstances, though, the Court extends all the pretrial deadlines from tomorrow, № 90, until 5 October 2017. Unless a criminal trial must be held, this older civil case needs resolution by the end of October as planned.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 September 2017