IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM BURGESS
ADC #127925                                                              PLAINTIFF

v.                         No. 1:15-cv-67-DPM

BRIAN SHERROD, Deputy, Sharp County Jail;
CODY BAILEY, Deputy, Sharp County Jail;
STAN HANNEY, Jail Administrator, Sharp County
Jail; and MARK COUNTS, Sheriff, Sharp County              DEFENDANTS

## JUDGMENT

Burgess's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

1 November 2017